IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-727-KDB-DCK

| | |
|---|---|
| DANNY SANDERS and ADAM GREGORY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| BUD ANTLE, INC., and DOLE FRESH VEGETABLES, INC., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by Meredith F. Hamilton, concerning Terri Imbarlina Patak, on January 22, 2024. Terri Imbarlina Patak seeks to appear as counsel *pro hac vice* for Defendants. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Terri Imbarlina Patak is hereby admitted *pro hac vice* to represent Defendants.

**SO ORDERED**.

Signed: January 22, 2024

David C. Keesler
United States Magistrate Judge