IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:23-CV-727-KDB-DCK

| | |
|---|---|
| DANNY SANDERS, and ADAM GREGORY, | ) |
| Plaintiffs, | ) |
| v. | ) **ORDER** |
| BUD ANTLE, INC., | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Approval Of Joint Stipulation To Change Case Caption" (Document No. 15) filed February 15, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Approval Of Joint Stipulation To Change Case Caption" (Document No. 15) is **GRANTED**. The Clerk's Office is directed to change the case caption to "Sanders et al v. Bud Antle, Inc."

**SO ORDERED**.

Signed: February 16, 2024

David C. Keesler
United States Magistrate Judge